**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**


Date:               September 21, 2011

Deputy Clerk:       Nel Steffens
Court Reporter:     Suzanne Claar

---

**Criminal Action No.  10-cr-00317-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Not present |
| Plaintiff, | |
| v. | |
| 1.  CURTIS L. MORRIS, | Lisa Wayne |
| Defendant. | |

---

## COURTROOM MINUTES

---

**Hearing on Motion To Withdraw As Counsel, #287**

**8:26 a.m.      Court in session.**

Appearance of counsel.

Defendant is present on bond initially seated in the gallery, then seated at defendant's table, with objection, at the direction of the court.

Court directs the courtroom deputy clerk to summon a United States Marshal.  Court requests that the marshal remain outside the courtroom until discharged by the court.

Opening statements by the court.

8:32 a.m.      Ms. Wayne addresses the court regarding the motion to withdraw.

Colloquy between the court and Ms. Wayne.

Defendant addresses the court.

Colloquy between the court and the defendant.

Court's findings and conclusions.

> **IT IS ORDERED** as follows:
>
> 1. That the defendant's **Motion To Withdraw as Counsel for Curtis L. Morris** [#287] filed September 8, 2011, is **DENIED**
>
> 2. That counsel (or representative with calendaring authority) for the government and the defendant shall contact the administrative assistant of this court to schedule this matter for Status Conference on Monday, **September 26, 2011**, at 10:00 a.m.; provided furthermore that counsel for the government shall arrange, coordinate, and initiate the conference call necessary to facilitate the setting conference; and
>
> 3. That defendant is continued on bond.

**9:10 a.m.     Court in recess.**

Total time in court:   00:44

Hearing concluded.