IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Laura Galera     Date: July 3, 2012
Court Reporter:   Tracy Weir       Probation: Patrick Lynch

_____

Criminal Action No. 11-cr-00373-WJM     <u>Counsel:</u>

UNITED STATES OF AMERICA,               M.J. Menendez

    Plaintiff,

v.

CONARD KERN,                            Christopher Levkullich

    Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

10:03 a.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement (by Ms. Menendez)

Sentencing Statement (by Mr. Levkullich)

Defendant does not oppose the Court ordering the restitution amount.

1

> Defendant plead guilty to Counts Two, Five, Six and Seven on April 19, 2012.

Government is not requesting a forfeiture.

Defense counsel addresses the Court regarding a forfeiture.

Statements by individuals on behalf of the Defendant.

Defendant's Allocution

**ORDERED:  Motion to Suppress Statements and Evidence (ECF No. 30) is WITHDRAWN and DENIED AS MOOT.**

**ORDERED:  Motion for Variant Sentence (ECF No. 52) is GRANTED IN PART.**

**ORDERED:  Government's Motion Regarding Acceptance of Responsibility (ECF No. 55) is GRANTED.**

**ORDERED:  Government's Motion to Dismiss Counts One, Three, Four, Eight and Nine of the Indictment (ECF No. 61) is GRANTED.**

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Conard Kern, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months on each of Counts 2, 5, 6 and 7, to be served concurrently.**

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of 3 years  Counts 2, 5, 6 and 7, to be served concurrently.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**Defendant shall not unlawfully possess a controlled substance.**

**Defendant shall refrain from any unlawful use of a controlled**

                **substance and submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

                **Defendant shall cooperate in the collection of DNA as directed by his probation officer.**

**ORDERED:** **The following special conditions of supervised release are imposed:**

                **Court enters an order of restitution that the first $3000 that Mr. Kern's family receives from the sale of the firearms in question and that were described by counsel and placed on the record today shall be made payable to Mr. Ward Marshal.**

                **Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as the defendant is released from the program by the probation officer.**

                **Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the costs of treatment as directed by the probation officer.**

                **The special assessment fee of $400.00 is imposed, due and payable immediately.**

                **Defendant has no ability to pay a fine, and the fine is waived.**

                **Court makes a recommendation that the Defendant be incarcerated at a facility appropriate to his security designation located within the State and District of Colorado.**

Defendant advised of his right to appeal his conviction, as well as the sentence imposed.

**ORDERED:** **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:12 a.m.    Court in Recess
                  Hearing concluded
                  Time: 1 hour and 9 minutes